SANDLIN *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

BECK, J. No errors of law were complained of in the petition for certiorari. The evidence authorized the verdict, and the court did not err in overruling the certiorari. *Judgment affirmed. All the Justices concur.*

Argued March 2,—Decided March 23, 1906.

Certiorari. Before Judge Littlejohn. Macon superior court. May term, 1905.

*L. E. Heath,* for plaintiff.

*W. D. Kiddoo* and *Greer & Felton,* for defendant.